IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NANCY THORSON,

          Plaintiff,

v.

                                              Case No. 21-cv-207-slc

KILOLO KIJAKAZI,
Commissioner of Social Security

          Defendant.

JUDGMENT IN A CIVIL CASE

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Nancy Thorson remanding this case for further proceedings.

|  |  |
|---|---|
| s/ V. Olmo, Deputy Clerk | 2/28/2022 |
| Peter Oppeneer, Clerk of Court | Date |